IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 98-20390

---

DIANA PEREZ; ROBERTO PEREZ; DARNELL MORRIS,

Plaintiffs-Appellees,

versus

DON STEPHAN, Officer; ET AL,

Defendants,

ROGER GONZALEZ, also known as D. Gonzalez, Officer,

Defendant-Appellant.

---

Appeal from the United States District Court
for the Southern District of Texas
(H-97-CV-516)

---

September 16, 1999

Before REAVLEY, HIGGINBOTHAM, and DENNIS, Circuit Judges.

PER CURIAM:[*]

We are persuaded that we lack jurisdiction to review the district court's denial of Defendants' motions for summary judgment. Those motions rested on assertions of qualified immunity, the resolution of which is attended by questions of fact.

Appeal DISMISSED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.